# Kasell Law Firm

May 19, 2025

**Filed via CM/ECF**

Magistrate Judge Steven L. Tiscione
Central Islip Location - Main
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 910
Central Islip, NY 11722

     Re:    *SQ Advance v. Lockport Inc.*, 25 Civ. 02394

Judge Tiscione:

     As counsel for the defendants, I write to respectfully request that this case be remanded to state court. It was removed on April 29, 2025, after which the parties reached a settlement agreement. As part of the settlement, the parties agreed that defendants would not oppose any motion to remand and, in addition, the state court would have jurisdiction over any enforcement of the settlement.

     In light of the above, a remand to state court is respectfully requested.

Respectfully,

/s/ *David Kasell*
1038 Jackson Avenue, Suite #4
Long Island City, NY 11101
*Attorney for Defendants*